Case 2:09-cr-00523-EJG   Document 1   Filed 12/10/09   Page 1 of 6



```
                                    FILED
                                    DEC 10 2009
                              CLERK, U.S. DISTRICT COURT
                              EASTERN DISTRICT OF CALIFORNIA
                              BY _____
                                   DEPUTY CLERK
```

1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798

       IN THE UNITED STATES DISTRICT COURT

       FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No: 2 09 - CR - 0 5 2 3 EJG
                                   )
                                   )   VIOLATIONS: 18 U.S.C. §
              Plaintiff,           )   2251(b) - Production of Visual
                                   )   Depictions of Minor Engaged in
                                   )   Sexually Explicit Conduct;
       v.                          )   18 U.S.C. § 2252(a)(4)(B) -
                                   )   Possession of Matter Containing
                                   )   Visual Depictions of Minors
                                   )   Engaged in Sexually Explicit
BRADLEY ALAN DAYLEY,               )   Conduct; 18 U.S.C. § 2253 -
                                   )   Forfeiture
                                   )
              Defendant.           )

## I N D I C T M E N T

COUNT ONE:    [18 U.S.C. § 2251(b) - Production of Visual Depictions
              of Minor Engaged in Sexually Explicit Conduct]

    The Grand Jury charges:  T H A T

              BRADLEY ALAN DAYLEY,

defendant herein, in or about 2008 and 2009, in Sacramento County,
State and Eastern District of California, as a parent, legal
guardian, and person having custody and control of a minor, did
knowingly permit a minor, identified as B.W., to engage in, and to

1

1  assist any other person to engage in, sexually explicit conduct for
2  the purpose of producing visual depictions of such conduct, knowing
3  and having reason to know that such visual depictions would be
4  transported in interstate and foreign commerce, or mailed; and that
5  such visual depictions were produced using materials that have been
6  mailed, shipped, or transported in interstate and foreign commerce by
7  any means including by computer; and that such visual depictions were
8  actually transported in interstate and foreign commerce, or mailed,
9  all in violation of Title 18, United States Code, Section 2251(b).

10  COUNT TWO:      [18 U.S.C. § 2252(a)(4)(B) - Possession of Matter
                    Containing Visual Depictions of Minors Engaged in
11                  Sexually Explicit Conduct]

12       The Grand Jury further charges:   T H A T

13                        BRADLEY ALAN DAYLEY,

14  defendant herein, on or about September 23, 2009, in Sacramento
15  County, State and Eastern District of California, did knowingly
16  possess one or more matters which contained visual depictions which
17  were produced using materials which had been mailed, shipped, and
18  transported in interstate and foreign commerce, and which visual
19  depictions were transported and shipped in interstate commerce, by
20  any means including by computer, and the production of which visual
21  depictions involved the use of minors engaged in sexually explicit
22  conduct as defined in Title 18, United States Code, Section 2256, and
23  which visual depictions were of such conduct, all in violation of
24  Title 18, United States Code, Section 2252(a)(4)(B).

25                          NOTICE OF FORFEITURE

26       Upon conviction for violating 18 U.S.C. § 2251(b), as alleged in
27  Count One, and 18 U.S.C. § 2252(a)(4)(B) as alleged in Count Two,
28  defendant BRADLEY ALAN DAYLEY shall forfeit to the United States,

1 | pursuant to Title 18 United States Code, Section 2253, his interest
2 | in any and all matter which contain visual depictions possessed,
3 | transported, shipped or received in violation thereof; any property
4 | constituting or traceable to gross profits or other proceeds the
5 | defendant obtained directly or indirectly as a result of the said
6 | violations; and any and all property used or intended to be used in
7 | any manner or part to commit and to promote the commission of the
8 | aforementioned violations, including but not limited to the
9 | following:

    (1)   Black WD External Hard Drive;
    (2)   Blue Thumb Drive;
    (3)   Apple Monitor/Computer;
    (4)   Sony Cybershot Digital Camera;
    (5)   Thumb drives;
    (6)   Olympus Digital Camera;
    (7)   7 VHS Tapes;
    (8)   Numerous CDs;
    (9)   Blackberry cell phone;
    (10)  White Apple Mac Book;
    (11)  Sony Handicam; and
    (12)  Canon Camera.

22 |      If any property subject to forfeiture as a result of the
23 | offenses alleged in Counts One and Two of this Indictment cannot be
24 | located upon the exercise of due diligence; has been transferred or
25 | sold to, or deposited with, a third person; has been placed beyond
26 | the jurisdiction of the Court; has been substantially diminished in
27 | value; or has been commingled with other property which cannot be
28 | divided without difficulty, it is the intent of the United States,

1  pursuant to 18 U.S.C. § 2253(b) (incorporating therein 21 U.S.C.
2  § 853(p)), to seek forfeiture of any other property of said defendant
3  up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

4

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

## THE UNITED STATES OF AMERICA
*vs.*

## BRADLEY ALAN DAYLEY

---

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2251(b) - Production of Visual Depictions of Minor engaged in Sexually Explicit conduct; 18 U.S.C. § 2252(a)(4)(B) - Possession of Matter Containing Visual Depictions of Minors Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2253 - Forfeiture

---

*A true bill,*

/s/
───────────────
*Foreman.*

---

*Filed in open court this* 10th *day*

*of* December *A.D. 20* 09

C. Schultz
───────────────
*Clerk.*

---

*Bail, $* _____

**NO BAIL WARRANT**

───────────────

GPO 863 525

**PENALTY SLIP**

| | |
|---|---|
| DEFENDANT: | BRADLEY ALAN DALEY |

**COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2251(b) - Production of Visual Depictions of Minor Engaged In Sexually Explicit Conduct |
| PENALTY: | 15 to 30 years imprisonment, Not more than $250,000 fine, or both; 5-year term supervised release. |

**COUNT TWO:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2252(a)(4)(B) - Possession of One or More Matters Containing Visual Depictions of Minors Engaged in Sexually Explicit Conduct |
| PENALTY: | Not more than 10 years imprisonment, Not more than $250,000 fine, or both; 5-year term supervised release. |

FORFEITURE ALLEGATION:

| | |
|---|---|
| PENALTY | As directed by Indictment. |
| ASSESSMENT: | Mandatory $100 special assessment each count. |