BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Executive Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRADLEY ALAN DAYLEY,<br>Defendant. | 2:09-CR-00523 EJG<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Bradley Alan Dayley it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Bradley Alan Dayley's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a) Black WD External Hard Drive;

b) Blue Thumb Drive;

c) Apple Monitor/Computer;

d) Sony Cybershot Digital Camera;

e) Thumb drives;

f) Olympus Digital Camera;

g) 7 VHS Tapes;

h) Numerous CDs;

i) Blackberry cell phone;

j) White Apple Mac Book;

k) Sony Handicam; and

l) Canon Camera.

2. The above-listed property constitutes or is traceable to gross profits or other proceeds obtained directly or indirectly from a violation of 18 U.S.C. §§ 2251(b) and 2252(a)(4)(B), or was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §§ 2251(b) and 2252(a)(4)(B).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as

to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

SO ORDERED this 15th day of Sept, 2011.

EDWARD J. GARCIA
United States District Judge