1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   1050 Fulton Avenue, Suite 218
3  Sacramento, California 95825
   Telephone: (916) 482-4545
4  Facsimile:  (916) 482-4550
   Email: tedmonlaw@comcast.net

5
   Attorney for Defendant
6  BRADLEY DAYLEY

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )      Case No. Cr. S-09-523 EJG
12                  Plaintiff,         )
                                       )
13                                     )      DEFENDANT BRADLEY DAYLEY'S
                                       )      SENTENCING MEMORANDUM
14          v.                         )
                                       )
15                                     )
    BRADLEY DAYLEY,                    )      DATE:   January 6, 2012
16                                     )      TIME:   10:00 a.m.
                    Defendant.         )      JUDGE:  Honorable Edward J. Garcia
17  _____)

18

19          Defendant, BRADLEY DAYLEY, by and through his counsel Scott L. Tedmon, respectfully

20  submits his sentencing memorandum for the Court's review and consideration in advance of

21  sentencing.

22                                         **I**

23          **DEFENDANT DAYLEY HAS NO OBJECTION TO HIS GUIDELINE**
            **CALCULATIONS OR PROBATION'S RECOMMENDATION OF 360 MONTHS**
24

25          In reviewing the final Presentence Report, defendant Dayley has no objection to probation's

26  guideline calculations.    Additionally, defendant Dayley has no objection to probation's

27  recommendation that he be sentence to an aggregate term of imprisonment of 360 months.

28

                                        – 1 –

## II

## DEFENDANT DAYLEY REQUESTS THE COURT RUN HIS FEDERAL TERM CONCURRENT WITH HIS PREVIOUSLY IMPOSED STATE TERM

As noted in the Presentence Report, defendant Dayley was previously sentenced to a term of 60 years, 8 months to life in state prison. Defendant Dayley's state prison sentence was imposed for offenses that arise out of the same time period and are factually related to the conduct for which he has admitted guilt in the instant case. On page 21, paragraph 92 of the Presentence Report, probation recommends that defendant Dayley be sentenced to a total term of 360 months in federal prison, and recommends that this term of imprisonment be run consecutive to his state sentence. As stated previously, defendant Dayley does not object that he be sentenced to a term of imprisonment of 360 months. However, defendant Dayley requests the Court run his federal sentence concurrent with his state sentence.

Defendant Dayley acknowledges the state court has an interest in having him serve a significant amount of time in state prison. In that regard, defendant Dayley contends that a term of incarceration of 360 months in federal prison, served concurrent with his state sentence, allows for both the federal and state court interests to be satisfied. If the Court were to so order, defendant Dayley would serve approximately 306 months in federal prison. Upon completion of his federal sentence, at 65 years of age defendant Dayley would be transferred to state prison and continue to serve an additional indeterminate term of 30 years, 8 months to life. Given that both the federal and state sentences arise out of the same time period and are factually related to the conduct for which he has admitted guilt in both cases, defendant Dayley contends this proposed sentencing approach would provide just punishment and adequate deterrence to future criminal conduct, would take into account the factors set forth in 18 U.S.C. § 3553(a), and would impose a sentence that his sufficient but not greater than necessary to comply with the purposes set forth in 18 U.S.C. §3552(a)(2).

DATED: December 29, 2011        Respectfully submitted,
LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Bradley Dayley