1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Executive Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00523-EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY ALAN DAYLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about September 16, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Bradley Alan Dayley and the finding of forfeiture by the Court forfeiting to the United States the following property:

        a)    Black WD External Hard Drive;

        b)    Blue Thumb Drive;

        c)    Apple Monitor/Computer

        d)    Sony Cybershot Digital Camera;

        e)    Thumb drives;

        f)    Olympus Digital Camera;

        g)    7 VHS Tapes;

        h)    Numerous CDs;

        i)    Blackberry cell phone;

        j)    White Apple Mac Book;

        k)    Sony Handicam; and

        l)    Canon Camera.

AND WHEREAS, beginning on September 20, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Bradley Alan Dayley.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and
///

                        2                        Final Order of Forfeiture

1 | control over the subject property until it is disposed of
2 | according to law.
3 |     SO ORDERED this <u>13TH</u> day of<u> February            </u>, 2012.
4 |
5 |                     <u>/s/ Edward J. Garcia        </u>
  |                     EDWARD J. GARCIA
6 |                     United States District Judge