1 LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
2 SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
3 Sacramento, California 95825
Telephone: (916) 482-4545
4 Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

5
Attorney for Defendant
6 BRADLEY DAYLEY

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                     )
12              Plaintiff,            )       Cr. No. S-09-523 EJG
                                     )
13                                    )       STIPULATION AND
                                     )       ORDER TO CONTINUE RESTITUTION
14                                    )       HEARING
                                     )
15 BRADLEY DAYLEY,                    )
                                     )       Date:  March 30, 2012
16              Defendant.            )       Time:  10:00 a.m.
                                     )       Judge: Hon. Edward J. Garcia
17 _____    )

18      The United States of America, through Assistant U.S. Attorney Laurel D. White, and

19 defendant Bradley Dayley, through his counsel Scott L. Tedmon, hereby stipulate and agree as

20 follows:

21      1. The restitution hearing in this case is set for Friday, March 30, 2012 at 10:00 a.m.

22      2. Counsel for both the government and defendant Dayley have been working towards an

23 agreed upon resolution regarding restitution.  Counsel for the government has received information

24 from the victim that relates to the issue of restitution.  The government and defense need additional

25 time to review this information in order to appropriately assess and determine restitution.

26      3. As such, the government and defendant Dayley stipulate it is appropriate to continue the

27 current restitution hearing to Friday, April 27, 2012 at 10:00 a.m.  The Court's availability for the

28 April 27, 2012 status conference date has been confirmed.

1  4.  Accordingly, the parties agree to waive the statutory time for holding the restitution hearing and stipulate the Court should continue the restitution hearing to April 27, 2012.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: March 22, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                                /s/ Laurel D. White
                               LAUREL D. WHITE
                               Assistant United States Attorney

DATED: March 22, 2012          LAW OFFICES OF SCOTT L. TEDMON

                                /s/ Scott L. Tedmon
                               SCOTT L. TEDMON
                               Attorney for Bradley Dayley

### ORDER

GOOD CAUSE APPEARING and based upon the above stipulation and waivers,

IT IS ORDERED that the restitution hearing is continued to Friday, April 27, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: March 23, 2012          /s/ Edward J. Garcia

                               EDWARD J. GARCIA
                               United States District Judge