```
 1             IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   IN AND FOR THE COUNTY OF SACRAMENTO

 3            HONORABLE PATRICK MARLETTE, JUDGE, DEPARTMENT 19

 4                                ---oOo---

 5
     THE PEOPLE OF THE STATE OF CALIFORNIA,   )
 6                                            )
                  -vs-                        ) Case No. 09F07258
 7                                            )
     BRADLEY DAYLEY,                          )
 8                                            )
                              Defendant.      )
 9   _____)

10

11                          REPORTER'S TRANSCRIPT OF

12                       DEFENDANT'S CHANGE OF PLEA

13
                                 ---oOo---
14
                         TUESDAY, AUGUST 16, 2011
15
                                 ---oOo---
16

17

18                              APPEARANCES:

19   For the People:

20        JAN SCULLY, District Attorney
          for the County of Sacramento
21        By:  CASEY NEWTON,
          Deputy District Attorney
22
     For the Defendant:
23
          DAVID GROW,
24        Attorney at Law

25                               ---oOo---

26

27                  Linda Ricci, CSR No. 7614n

28
```

```
 1   Attorney in your case in Federal Court upon a motion by the US
 2   Attorney for the Federal Court to relinquish jurisdiction to
 3   this court for the purpose of sentencing you on the state's case
 4   if the federal case is not completed -- by that, I mean,
 5   sentenced by October 28th, do you expressly agree to not object
 6   to that relinquishment of primary jurisdiction?
 7           THE DEFENDANT:  I agree.
 8           THE COURT:  All right.  Well, Mr. Dayley, I'm going to
 9   release you on your own recognizance on the state's case on my
10   case for the expressed purpose of relinquishing primary
11   jurisdiction to the federal authorities and for no other
12   purpose.
13           Just so that you're clear what's going on, I'm going to
14   immediately issue a no bail bench warrant so that my
15   jurisdiction is behind the Federal Court's jurisdiction.  I'm
16   going to direct the Commander of Sacramento County jail where I
17   anticipate you'll be housed not to release you for any reason
18   unless upon order of this Court.  I'm trying to find a way to
19   order you not to participate in any kind of release -- well, I
20   will make that order.
21           I'm going to order you to refuse any attempt to release
22   you from either state or federal custody.
23           Do you expressly agree to that as well?
24           THE DEFENDANT:  I agree.
25           THE COURT:  All right.  Now, this Court -- you have the
26   right to be sentenced within 28 days.
27           And, District Attorney, I understand that you are asking
28   for sentencing within 28 days, and that will put us on, I
```

```
 1                CERTIFICATE OF OFFICIAL COURT REPORTER
 2   STATE OF CALIFORNIA    )
                            )  ss.
 3   COUNTY OF SACRAMENTO   )
 4        I, Linda Ricci, hereby certify that I am an
 5   Official Certified Shorthand Reporter and that at the times
 6   and places shown I recorded verbatim in shorthand writing
 7   proceedings in the following described action completely
 8   and correctly to the best of my ability:
 9        Court:                    SACRAMENTO SUPERIOR COURT
10        Judge:                    HON. PATRICK MARLETTE
                                    DEPARTMENT 19
11
          Action Number:            09F07258
12
          Action Title:             THE PEOPLE OF THE STATE
13                                  OF CALIFORNIA
14                                       -vs-
15                                  BRADLEY DAYLEY
16        Date:                     TUESDAY, AUGUST 16, 2011
17        I further certify that my said shorthand notes have been
18   transcribed into typewriting, and the foregoing pages 23
19   constitute an accurate and complete transcript of all of my
20   shorthand writing for the dates and matter specified.
21        Dated:  Thursday, November 17, 2011
22
23                                  _____
                                    Linda Ricci, CSR No. 7614
24
25                                ---o0o---
26
27
28
```

[COPY stamp]