1    LAW OFFICES OF SCOTT L. TEDMON
     A Professional Corporation
2    SCOTT L. TEDMON, CA. BAR # 96171
     1050 Fulton Avenue, Suite 218
3    Sacramento, California 95825
     Telephone: (916) 482-4545
4    Facsimile:  (916) 482-4550
     Email: tedmonlaw@comcast.net
5
     Attorney for Defendant
6    BRADLEY DAYLEY

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,          )
                                        )
14                   Plaintiff,         )      Cr. No. S-09-523 EJG
                                        )
15           v.                         )      STIPULATION AND
                                        )      ORDER AMENDING DEFENDANT
16                                      )      DAYLEY'S JUDGMENT AND
                                        )      COMMITMENT ORDER
17   BRADLEY DAYLEY,                    )
                                        )
18                   Defendant.         )
                                        )
19   _____)

20           Plaintiff United States of America, through counsel Laurel D. White, and defendant Bradley

21   Dayley, through counsel Scott L. Tedmon, hereby stipulate this Court amend the Imprisonment

22   Section of the Judgment and Commitment Order as follows:

23           "The Federal Court has primary jurisdiction over defendant Dayley.  Defendant Dayley's

24   federal sentence is imposed consecutive to his state sentence and Dayley's federal sentence is to be

25   served before his state sentence begins.  The defendant is remanded to the custody of the United

26   States Marshal for delivery to the federal institution designated by the Bureau of Prisons to serve

27   his 360 month sentence.  Said federal sentence is to run consecutively and is to be completed prior

28   to serving any previously imposed state sentence."

                                        -  1  -

1    **IT IS SO STIPULATED.**

2

3    DATED: May 4, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney

4
                                            /s/ Laurel D. White
5                                           LAUREL D. WHITE
                                            Assistant United States Attorney
6

7    DATED: May 4, 2012                    LAW OFFICES OF SCOTT L. TEDMON

8                                           /s/ Scott L. Tedmon
                                            SCOTT L. TEDMON
9                                           Attorney for Bradley Dayley

10

11

12                                    **<u>ORDER</u>**

13           **GOOD CAUSE APPEARING**, and based on the foregoing, this Court amends the

14   Imprisonment Section of the Judgment and Commitment Order as follows:

15           "The Federal Court has primary jurisdiction over defendant Dayley.  Defendant Dayley's

16   federal sentence is imposed consecutive to his state sentence and Dayley's federal sentence is to be

17   served before his state sentence begins.  The defendant is remanded to the custody of the United

18   States Marshal for delivery to the federal institution designated by the Bureau of Prisons to serve

19   his 360 month sentence.  Said federal sentence is to run consecutively and is to be completed prior

20   to serving any previously imposed state sentence."

21   **IT IS SO ORDERED.**

22

23   DATED: May 4,  2012
                                            /s/ Edward J. Garcia
24                                          _____
                                            EDWARD J. GARCIA
25                                          UNITED STATES DISTRICT JUDGE

26

27

28