BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 09-523-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER DIRECTING |
| ) | PAYMENT OF RESTITUTION. |
| v. ) | |
| ) | |
| BRADLEY ALAN DAYLEY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The undersigned parties agree that defendant Bradley Alan Dayley, shall be ordered to pay restitution in the amount of $120,000 to the victim in this case, identified in paragraph 2 of the Presentence Report as **B.W.** The parties further agree that the amount agreed upon is based on the diagnosis of the victim's psychologist and psychiatrist, their treatment plan, the anticipated duration of treatment, and the estimated cost of psychological treatment.

///

///

///

**Stipulation and Order Directing
Payment of Restitution.
U.S. v. Dayley, No.Cr.S 09-523-EJG**        1

```
DATED: May 4, 2012           Respectfully submitted,

                             BENJAMIN B. WAGNER
                             United States Attorney

                        By:   /s/ Laurel D. White
                             LAUREL D. WHITE
                             Assistant U.S. Attorney


DATED: May 4, 2012      By:   /s/ Scott Tedmon
                             SCOTT TEDMON
                             Attorney for Defendant
                             Bradley Alan Dayley
```

### ORDER

Based on the stipulation of the parties and good cause appearing, the defendant Bradley Alan Dayley, shall be ordered to pay restitution to his victim, identified in Paragraph 2 of the Presentence Report as **B.W.**, in the amount totaling $120,000.

**IT IS SO ORDERED**.

Date: _May 4, 2012_____

```
                             /s/ Edward J. Garcia
                             _____
                             EDWARD J. GARCIA
                             Senior U.S. District Court Judge
```

**Stipulation and Order Directing Payment of Restitution.**
**U.S. v. Dayley, No.Cr.S 09-523-EJG**     2